The People of the State of New York ex rel. William Randall, Appellant, v. James H. Goodino and Others, Composing the Board of Canvassers of the Third Voting District of the Town of Parma, Monroe County, N. Y., at the Town Meeting Held in Said Town on the 7th day of November, 1905, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Braunislaus Ptak, an Infant, by Joseph Ptak, His Guardian ad Litem, Respondent, v. The Syracuse Rapid Transit Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Nicholas Sauerborn, Appellant.— Order affirmed. All concurred.

Isaac N. Helmer, Respondent, v. George T. Reed and Thurlow W. Reed, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The City of Watertown, Respondent, v. Lillian Rodenbaugh, Appellant.— Judgments of County and City Courts reversed, with costs. See decision enacted between same parties handed down May 2, 1906 (112 App. Div. 723). All concurred, except Williams, J., who dissented.

John Stanton, Respondent, v. The General Accident Assurance Corporation, Ltd., etc., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant shall, within twenty days from the date of service of a copy of this order, together with notice of entry thereof, file and serve the printed papers on appeal as provided by rule 41,† and pay to the respondent's attorney ten dollars costs of this motion, and at the option of the respondent submit said appeal, as of the present term, upon such printed papers, in which event the motion is denied.

Albert C. Fordham, Appellant, v. The Maestro Company, Respondent.— Judgment affirmed, with costs. All concurred.

George J. Keyes, Appellant, v. C. Walter Smith and Ednah S. Munn, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Nash, J., not voting.

Rosalind Adelaide Richmond, Respondent, v. Eugene M. Bartlett and Harvey W. Putnam, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Rinehart Kuelling, Plaintiff, v. The Roderick Lean Manufacturing Company, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment ordered for the plaintiff on the verdict. All concurred, except Kruse, J., who dissented.

Sarah L. Van De Carr, as Executrix, etc., of George W. Crouch, Sr., Deceased, Respondent, v. Frank P. Crouch and Others, Appellants.— Judgment affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. Edward McAllister, Appellant.— Judgment reversed and new trial ordered. Held, that the reception of evidence of sales of liquor other than that charged in the indictment was improper and constituted reversible error. All concurred.

Mary M. Hughes, as Executrix, etc., Respondent, v. Anson M. Bangs and James Hughes, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Adelia Rowsam, Respondent, v. The Village of Camden, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., not voting.

Francis W. Bissell, Respondent, v. The Sackett Wall Board Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., not voting.

Loesa Newell, Respondent, v. Frank D. Clift, as Executor, etc., of Joseph Newell, Deceased, Appellant.— Judgment affirmed, with costs. All concurred.

Harry J. Keough, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

* See Laws of 1896, chap. 112, § 16, as amd. by Laws of 1905, chap. 680.— [REP.
† General Rules of Practice.— [REP.